```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-01755-RNO
Thomas Edward DeMarco                                               Chapter 7
Catherine Anne DeMarco
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin            Page 1 of 1            Date Rcvd: Jul 28, 2016
                              Form ID: 318           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2016.
```
db/jdb         +Thomas Edward DeMarco,    Catherine Anne DeMarco,    605 Main St.,,    Jim Thorpe, PA 18229-1528
4781472        +Cabelas WFB,   4800 NW 1st ST Ste 300,    Lincoln, NE 68521-4463
4781481        +GoodYear Tire,    PO Box 6497,   Sioux Falls, SD 57117-6497
4781485        +PNC Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4747
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QWGSCHWAB.COM Jul 28 2016 19:28:00      William G Schwab (Trustee),
                 William G Schwab and Associates,    811 Blakeslee Blvd Drive East,    PO Box 56,
                 Lehighton, PA 18235-0056
4781473        +EDI: CHASE.COM Jul 28 2016 19:28:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
4781478        +EDI: CITICORP.COM Jul 28 2016 19:28:00      Citi Cards,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
4781480         EDI: DISCOVER.COM Jul 28 2016 19:28:00      Discover Financial Services LLC,    Po Box 15316,
                 Wilmington, DE 19850
4781482        +EDI: CBSKOHLS.COM Jul 28 2016 19:28:00      Kohls/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
4781483        +EDI: TSYS2.COM Jul 28 2016 19:28:00      Macy's,   9111 Duke Blvd,    Mason, OH 45040-8999
4781484        +Fax: 407-737-5634 Jul 28 2016 19:50:12      Ocwen Loans,    1661 Worthington Rd Ste 100,
                 West Palm Beach, FL 33409-6493
4781486        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 28 2016 19:34:40      QuickenLoans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
4781487        +EDI: RMSC.COM Jul 28 2016 19:28:00      SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
4781488        +EDI: RMSC.COM Jul 28 2016 19:28:00      SYNCB/Paypal,    PO Box 965005,    Orlando, FL 32896-5005
4781489        +EDI: TFSR.COM Jul 28 2016 19:28:00      Toyota Financial Services,    2 Walnut Grove Drive Ste 31,
                 Horsham, PA 19044-2219
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4781474*       +Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
4781475*       +Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
4781476*       +Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
4781477*       +Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
4781479*       +Citi Cards,    PO Box 6241,   Sioux Falls, SD 57117-6241
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
```
              Jason M Rapa    on behalf of Debtor Thomas Edward DeMarco jrapa@rapalegal.com,
               ssprouse@rapalegal.com;krapa@rapalegal.com
              Jason M Rapa    on behalf of Joint Debtor Catherine Anne DeMarco jrapa@rapalegal.com,
               ssprouse@rapalegal.com;krapa@rapalegal.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com, wschwab@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas Edward DeMarco** | Social Security number or ITIN  xxx−xx−4987 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Catherine Anne DeMarco** | Social Security number or ITIN  xxx−xx−1580 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:16−bk−01755−RNO | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas Edward DeMarco          Catherine Anne DeMarco

**By the court:**

July 28, 2016

Honorable Robert N. Opel
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**