```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01755-RNO
Thomas Edward DeMarco                                               Chapter 7
Catherine Anne DeMarco
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: admin              Page 1 of 1             Date Rcvd: Jul 29, 2016
                             Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.
db/jdb       +Thomas Edward DeMarco,   Catherine Anne DeMarco,   605 Main St.,,   Jim Thorpe, PA 18229-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
              Jason M Rapa    on behalf of Debtor Thomas Edward DeMarco jrapa@rapalegal.com,
               ssprouse@rapalegal.com;krapa@rapalegal.com
              Jason M Rapa    on behalf of Joint Debtor Catherine Anne DeMarco jrapa@rapalegal.com,
               ssprouse@rapalegal.com;krapa@rapalegal.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,   wschwab@ecf.epiqsystems.com
                                                                                             TOTAL: 5

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Thomas Edward DeMarco
605 Main St.,
Jim Thorpe, PA 18229

Chapter 7
Case No. 5:16−bk−01755−RNO

Catherine Anne DeMarco
605 Main St.,
Jim Thorpe, PA 18229

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−4987
xxx−xx−1580

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 28, 2016

BY THE COURT
By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk